851 A.2d 836

**Tyrone P. JAMES, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

June 4, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of June, 2004, the appeal is quashed as untimely pursuant to 42 Pa.C.S. 5571 and Pa. R.A.P. 105(b).